UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NATHANIEL WASHINGTON,<br><br>            Plaintiff,<br><br>      v.<br><br>YOUNG, et al.,<br><br>            Defendants. | No.  2:16-cv-1341-EFB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He has submitted an affidavit requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1).  He has not, however, submitted a certified trust account statement for the relevant time period.[1]

Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the

---

[1] Instead, plaintiff submitted unverified statements dated November 3, 2014, September 16, 2015, and March 8, 2016.  ECF No. 3.  He also submitted a verified statement dated October 13, 2015.  *Id.*  Plaintiff then resubmitted what appears to be a copy of the October 13, 2015 statement, but the date next to the officer's signature has been modified to read "02-13-16."  ECF No. 5.

1

1 prisoner for the 6-month period *immediately preceding the filing of the complaint* . . . , obtained
2 from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff
3 has not submitted a certified copy of his trust account statement or the institutional equivalent as
4 required.

5      Accordingly, plaintiff has 30 days from the date this order is served to submit the required
6 trust account statement. Failure to comply with this order may result in dismissal of this case.
7 The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma
8 Pauperis by a Prisoner.

9      So ordered.

10 Dated: July 11, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE