UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NATHANIEL WASHINGTON,<br><br>        Plaintiff,<br><br>   v.<br><br>YOUNG, et al.,<br><br>        Defendants. | No. 2:16-cv-1341 DB P<br><br>ORDER |

Plaintiff has requested an extension of time to submit the five copies of the complaint required to effect service pursuant to the court's order of January 29, 2018. (ECF No. 30.) Plaintiff states he mailed his only copies of the complaint filed June 16, 2016 to the court. The court directs the Clerk to provide plaintiff with a single copy of the complaint identical to the one that was screened by the court as a one-time only courtesy. Any future requests for copies will only be provided upon payment of the copy fee at $ 0.50 per page. Plaintiff shall have thirty days from the date of this order to provide to the court five copies of the complaint identical to the complaint filed June 16, 2016 (ECF No. 1).

////

////

////

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 31) is granted;

2. The Clerk of the Court is directed to send plaintiff one copy of the complaint filed June 16, 2016 (ECF No. 1); and

3. Plaintiff is granted thirty days from the date of this order in which to submit the five copies of the complaint for service.

Dated: February 19, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB1/Orders/Prisoner-Civil rights/wash1341.36usm