UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NATHANIEL WASHINGTON,<br><br>    Plaintiff,<br><br>  v.<br><br>YOUNG, et al.,<br><br>    Defendants. | No. 2:16-cv-1341 JAM DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action pursuant to 42 U.S.C. § 1983. Plaintiff alleges defendants violated his rights under the Eighth Amendment. Presently before the court is plaintiff's motion for leave to file a supplemental brief. (ECF No. 58.)

By order dated May 31, 2018 the court gave both parties leave to file supplemental briefing on the order to show cause hearing. (ECF No. 53.) While the motion is captioned as a motion requesting leave to file a supplemental brief, the body of the motion appears to contain plaintiff's arguments in support of his position on defendant's motion for terminating sanctions. The court will review and consider the arguments contained in the motion in preparation of the show cause hearing.

////

IT IS HEREBY ORDERED that plaintiff's motion for leave to file a supplemental brief (ECF No. 58) is granted.

Dated: June 28, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB1/Orders/Prisoner-Civil rights/wash1341.supp.brief