UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER NATHANIEL WASHINGTON,
        Plaintiff,

No. 2:16-cv-1341 JAM DB P

vs.

YOUNG et al.,
        Defendants.

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Howard Dupree Grissom, inmate # AG-6227, a necessary and material witness in proceedings in this case on August 30, 2018, is confined in California Medical Facility, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Magistrate Judge Deborah Barnes to appear by video-conferencing at California Medical Facility on Thursday, August 30, 2018, at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. The Writ of Habeas Corpus Ad Testificandum issued on July 2, 2018 is VACATED.

2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and

3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden, California Medical Facility, 1600 California Drive, Vacaville, CA 95696:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: August 28, 2018

                                            DEBORAH BARNES
                                            UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders.Prisoner.Civil Rights/wash1341.841(teleph)