UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NATHANIEL WASHINGTON,<br><br>    Plaintiff,<br><br> v.<br><br>YOUNG, et al.,<br><br>    Defendants. | No. 2:16-cv-1341 JAM DB P<br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action pursuant to 42 U.S.C. § 1983. Plaintiff alleges defendants violated his rights under the Eighth Amendment. In response to service of the complaint defendants filed a motion for terminating sanctions. (ECF No. 41.) The court determined that a show cause hearing was necessary to resolve the motion for sanctions. (ECF No. 53.) The court further determined that plaintiff, inmate witness Howard Grissom, and counsel for defendants were required to appear at the hearing. On August 30, 2018 the court continued the show cause hearing to a date to be determined due to technical difficulties related to Mr. Grissom's appearance via video-conference. (ECF No. 66.) Those issues have been resolved and the hearing will be rescheduled.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. The previously ordered show cause hearing is reset before the undersigned for September 12, 2018 at 10:30 a.m. in Courtroom 27;
2. Plaintiff, Grissom, and defense counsel shall make a personal appearance for the hearing on September 12, 2018; and
3. Separate orders and writs of habeas corpus ad testificandum will issue to obtain the presence of plaintiff and inmate Grissom at the hearing.

Dated: September 5, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB1/Orders/Prisoner-Civil rights/wash1341.osc.resch