UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NATHANIEL WASHINGTON,<br><br>        Plaintiff,<br><br>   v.<br><br>YOUNG, et al.,<br><br>        Defendants. | No. 2:16-cv-1341 JAM DB P<br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action pursuant to 42 U.S.C. § 1983. On March 30, 2018, plaintiff filed a request for entry of default against defendants Coen, Haas, Weeks, and Young. (ECF No. 39.) Court records indicate that the U.S. Marshal mailed defendants Coen and Young a waiver of service of summons on February 28, 2018. (ECF No. 38.) Rule 4(d)(3) of the Federal Rules of Civil Procedure provides that defendant shall file his appearance within sixty days from the date the waiver is mailed. Additionally, defendants filed a response to the complaint on April 27, 2018. (ECF Nos. 41, 42.) Accordingly, plaintiff's request will be denied.

////

////

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's March 30, 2018 motion default judgment (ECF No. 39) is denied.

Dated: February 26, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB1/Orders/Prisoner-Civil rights/wash1341.77w