UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NATHANIEL WASHINGTON,<br><br>        Plaintiff,<br><br>   v.<br><br>YOUNG, et al.,<br><br>        Defendants. | No. 2:16-cv-1341 JAM DB P<br><br><br>ORDER |

     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On February 27, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 81.) Defendants filed objections to the findings and recommendations. (ECF No. 82.) Plaintiff filed objections (ECF No. 83) and requested additional time to file a reply to defendants' objections (ECF No. 89). The court granted the request, and plaintiff filed a document captioned "Declaration of Negative Averment," which the court construes as his reply to defendants objections. (ECF No. 92.)

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 27, 2019, are adopted in full;

2. The declaration submitted with the complaint (ECF No. 1 at 10) is stricken from the record; and

3. Defendants' motion for terminating sanctions (ECF No. 41) is denied.

DATED: May 17, 2019

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE